Certificate Number: 11557-NYW-DE-010902085

Bankruptcy Case Number: 10-11040

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on May 9, 2010, at 11:02 o'clock PM MDT, Karen A. Johnson completed a course on personal financial management given by internet by Academy of Financial Literacy, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of New York.

Date: May 9, 2010  By   /s/Phillip Eugene Day

Name   Phillip Eugene Day

Title   Owner



FILED MAY 12 2010 BANKRUPTCY COURT BUFFALO, NY